UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANDREW BONE and ) | |
| CHRISTOPHER BONE, ) | |
| ) | |
| Plaintiff, ) | Cause No: 4:15-cv-00912RLW |
| ) | |
| v. ) | |
| ) | |
| ST. CHARLES COUNTY ) | |
| AMBULANCE DISTRICT, ) | |
| ) | |
| Defendant. ) | |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND TO FILE ANSWER, *WITH CONSENT*

COMES NOW Defendant, St. Charles County Ambulance District ("SCCAD") by and through its counsel, McCarthy, Leonard & Kaemmerer, L.C., and with the consent of Plaintiffs' counsel, requests an extension of time within which to respond to Plaintiffs' Motion for Preliminary Injunction filed on July 1, 2015 and to Answer Plaintiffs' Complaint which was served on Defendant on June 19, 2015 to **July 31, 2015.**

Respectfully submitted,

McCARTHY, LEONARD & KAEMMERER, L.C.

BY:   /s/ Michael E. Kaemmerer
          Michael E. Kaemmerer, #25652
          mkaemmerer@mlklaw.com
          Bryan M. Kaemmerer, #52998
          bkaemmerer@mlklaw.com
          Kristen L. Maly, #40514
          kmaly@mlklaw.com
          825 Maryville Centre Dr., Ste. 300
          Town & Country, Missouri  63017
          (314) 392-5200
          (314) 392-5221 (Fax)

**SO ORDERED** this _____ day of _____, 2015.

_____
USDJ Ronnie L. White

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of July, 2015 the foregoing was filed electronically with the Clerk of Court, therefore to be served electronically by operation of the Court's electronic filing system upon all parties.

/s/ Michael E. Kaemmerer

k:\st. charles county ambulance district\bone\lit\ext of time - respond to answer.prelim inj.doc

2