UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW BONE and<br>CHRISTOPHER BONE,<br><br>    Plaintiffs,<br><br>v.<br><br>ST. CHARLES COUNTY<br>AMBULANCE DISTRICT,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:15CV912 RLW |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure. In its Suggestions in Opposition, Defendant indicates that it has tried to communicate with Plaintiffs' counsel regarding resolution of this matter. Without representing that they have conferred with Defendant, Plaintiffs argue that Defendant has not provided the requested relief. Because it appears that the issues may be resolved without seeking injunctive relief, the Court will order the parties to meet and confer in good faith regarding the resolution of this matter before going forward on the Motion for Preliminary Injunction.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall meet and confer in good faith regarding resolution of the issues raised in the Motion for Preliminary Injunction and submit a joint status report to the Court no later than **September 2, 2015**.

Dated this __3rd__ day of August, 2015.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE